544 A.2d 445

**Edward J. BUTLER and Janet M. Butler, h/w Petitioners,**

**v.**

**STILLWATER LAKE CIVIC ASSOCIATION, INC. and Sun Dance Stillwater Corp.**

Supreme Court of Pennsylvania.

June 29, 1988.

## ORDER

PER CURIAM.

The petition for allowance of appeal of Edward J. Butler and Janet M. Butler, his wife, is granted. The Order of Superior Court affirming the Order of the Court of Common Pleas of Monroe County is hereby reversed. This case is remanded to the Court of Common Pleas of Monroe County for the purpose of giving petitioners leave to amend their complaint. *See Otto v. American Mutual Ins. Co.*, 482 Pa. 202, 393 A.2d 450 (1978).